UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYOTUNJI AKINLAWON,

                Plaintiff,

-against-

GOVERNOR KATHY HOCHUL, ET AL.,

                Defendants.

24 CIVIL 8529 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 17, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 30, 2025
           New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge